IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN J. BUCKSHAW,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-6442 |
| | : | |
| **CLEARWATER POLICE,** *et al.*, | : | |
|     **Defendants.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| **JOHN J. BUCKSHAW,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-6465 |
| | : | |
| **MCDONALD'S HAMBURGER CORPORATION,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 7th day of January, 2021, upon consideration of John Buckshaw's Amended Notice of Removal (Civ. A. 20-6442, ECF No. 1), Notice of Removal (Civ. A. 20-6465, ECF No. 1) and the Court finding there is no basis for removal of the criminal proceedings cited in either Notice it is **ORDERED** that:

    1.    The criminal proceeding cited in Buckshaw's Amended Notice in Civ. A. 20-6442 and/or confirmed from publicly available records, *State of Florida v. John J. Buckshaw*, Case No. CTC 99 17479 MOANO is **SUMMARILY REMANDED** to the County Court of the Sixth Judicial Circuit of the State of Florida in and for Pinellas County pursuant to 28 U.S.C. § 1455(b)(4).

2.      The criminal proceedings cited in Buckshaw's Notice in Civ. A. 20-6465 and/or confirmed from publicly available records, *Commonwealth v. Buckshaw*, Nos. GC18055249-00, -01, -02; GC18055252-00, GC18055254-00; GC18055255-00, and GC18055256-00. are **SUMMARILY REMANDED** to the County General District Court of Fairfax, Virginia pursuant to 28 U.S.C. § 1455(b)(4).

3.      The Clerk of Court shall **CLOSE** these cases.

**BY THE COURT:**

/s/Joel H. Slomsky, J.
**JOEL H. SLOMSKY, J.**